## OWOSSO SUGAR COMPANY v. M. F. GORKA.[1]

### April 8, 1927.

### No. 25,922.

**Fraud.**

Signature of defendant to promissory note procured by fraud. [Reporter.]

Plaintiff appealed from an order of the district court for Morrison county, Parsons, J., denying its motion for judgment notwithstanding the verdict or for a new trial. Affirmed.

*Frederick J. Miller,* for appellant.

*D. M. Cameron,* for respondent.

PER CURIAM.

The facts in this case do not differ in any substantial respect from the facts in the case of Owosso Sugar Company v. Drong, 163 Minn. 216, 203 N. W. 610, and following the decision in that case the order denying a new trial is affirmed.

[1]Reported in 213 N. W. 557.